```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| )   | 4:06CR3038 |
| v.   ) | |
| ) | |
| MCARTHUR JOHNVELL HIGGINS,   ) | |
| )   | ORDER |
| Defendant.   ) | |
| ) | |

   IT IS ORDERED:

   The motion of W. Russell Bowie to withdraw as counsel for the defendant, filing 8, is granted.  The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   DATED this 8th day of March, 2006.

                         BY THE COURT:

                         s/ *David L. Piester*
                         David L. Piester
                         United States Magistrate Judge