```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,   )
                            )     4:06CR3038
   v.                       )
                            )
MCARTHUR JOHNVELL HIGGINS,  )
                            )       ORDER
        Defendant.   )
                            )

    IT IS ORDERED:

    1.  The motion of Theodore W. Vrana to withdraw as counsel for defendant, filing 21, is granted, effective upon the filing of a certificate of service or affidavit indicating that a copy of this order has been served upon the defendant.

    2.  Defendant is given 15 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in his behalf or, (2) file a financial affidavit setting forth his present financial status, requesting the appointment of counsel.

    3.  Trial of this matter is continued until further order.

    DATED this 30th day of May, 2006.

                                BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge