UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06cr3038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| McARTHUR JOHNVELL HIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has requested a hearing on its previously filed Motion for Reduction of Sentence.

IT IS ORDERED that:

1.  the Request for Hearing on Rule 35(b) Motion, filing 63, is granted;

2.  the hearing will be held on July 18, 2007, at 1:30 p.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3.  the U.S. Marshals are directed to have the defendant, McArthur Johnvell Higgins, present for said hearing.

Dated July 5, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge