IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR3038 |
| ) | |
| MCARTHUR HIGGINS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

THIS MATTER comes before this Court on defendant's Motion to Continue the Brief Deadline, filing 77. The Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his brief no later than Friday, December 5, 2008, and AUSA Sara Fullerton shall file the Government's brief no later than Friday, December 19, 2008.

Dated this 24th day of November, 2008.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge