IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MCARTHUR HIGGINS, ) <br> ) <br> Defendant. ) | Case No. 4:06CR3038 |

## ORDER

THIS MATTER comes before this Court on defendant's Unopposed Motion to Continue the Brief Deadline, filing 81. The Court finds that this motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his brief no later than Friday, December 12, 2008, and AUSA Sara Fullerton shall file the government's brief no later than Friday, December 26, 2008.

Dated this 8th day of December, 2008.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge