AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3038 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 20198-047 |
| | ) | |
| MCARTHUR JOHNVELL HIGGINS | ) | John C. Vanderslice |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 2/14/2007 and 7/23/2007 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

    Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 100 months is reduced to 75 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

    Previous Offense Level:  33        Amended Offense Level:  31
    Criminal History Category:  II        Criminal History Category:  II
    Previous Guideline Range:  151 to 188 months    Amended Guideline Range:  121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgments dated February 14, 2007, and July 23, 2007, shall remain in effect.
**IT IS SO ORDERED.**

Dated this 24th day of February, 2009
Effective Date: Tuesday, February 24, 2009

                        s/  Warren K. Urbom
                        United States Senior District Judge