AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MCARTHUR JOHNVELL HIGGINS | ) | Case No: 4:06CR3038 |
| | ) | USM No: 20198-047 |
| Date of Previous Judgment: 02/24/2009 | ) | David R. Stickman, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 75 months **is reduced to** 54 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| Previous Offense Level: 33 | Amended Offense Level: 27 |
|---|---|
| Criminal History Category: III | Criminal History Category: II |
| Previous Guideline Range: 151 to 188 months | Amended Guideline Range: 78 to 97 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 07/23/2007 shall remain in effect.
**IT IS SO ORDERED**.

| Order Date: 11/02/2011 | s/ Warren K. Urbom |
|---|---|
| | *Judge's signature* |
| Effective Date: 11/02/2011 | Warren K. Urbom |
| *(if different from order date)* | *Printed name and title* |